In the Matter of REALTY ASSOCIATES SECURITIES CORPORATION, Relator, against ALMERINDO PORTFOLIO, as Treasurer of the City of New York, et al., Respondents.— Determination confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.; Van Voorhis, J., dissents in part and votes to modify so as to disallow the tax imposed on relator's own bonds held in its treasury.

LILLIAN F. POLLANS, Respondent, v. JEAN SPILO et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted to the extent of striking out paragraphs seventh, eighth and ninth of the complaint in their entirety; striking out from paragraph thirteenth the words " the said last illness, the dying and " and that portion of the paragraph beginning with " and of the services conducted " down to the end of the paragraph; and striking out everything in paragraph seventeenth after the words " suffering and pain " in the fourth line thereof. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

LESTER J. BARON, Appellant, v. GOODSTEIN BROS. & CO., INC., Respondent.— Order unanimously modified so as to grant the motion with respect to item 1 to the extent of permitting an examination as to whether between March, 1937, and May 19, 1948, plaintiff was employed by defendant upon an annual calendar year basis, and as so modified affirmed, with $20 costs and disbursements to the appellant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of the Application of MARIE L. DAME et al., Respondents. J. WALLACE THORSEN, Appellant.— Order unanimously modified by directing that the sum of $1,582.25 may be paid in ten monthly instalments of $158.22 each, without costs. No opinion. Settle order on notice. Present — Glennon, J.P., Dore, Cohn, Callahan and Shientag, JJ.

In the Matter of MICHAEL B. ATKINS et al., Appellants, against HERMAN T. STICHMAN, as Commissioner of Housing of the State of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [193 Misc. 986.] [See post, p. 1056.]

JACOB HIRSCH, Appellant, v. HILLMAN HOUSING CORPORATION, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J.P., Dore, Cohn, Callahan and Shientag, JJ.

MARTHA R. CONDOS, Appellant, v. ST. MORITZ ON THE PARK, INC., Respondent.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J.P., Dore, Cohn, Callahan and Shientag, JJ.

ANNIE DOHERTY, Respondent, v. PAULINE C. RAPP, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. Settle order on notice. Present — Glennon, J.P., Dore, Cohn, Callahan and Shientag, JJ.